*m withdraw*

FILED
Nov 3  11 05 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCHAGHTICOKE TRIBAL NATION ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | NO. 3-00-CV00820 (PCD) |
| v.   ) | |
| ) | |
| THE UNITED STATES OF AMERICA ) | |
| AND THE CONNECTICUT LIGHT AND ) | |
| POWER COMPANY, et al.   ) | |
| ) | |
| Defendants. ) | October 30, 2003 |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

The undersigned attorney moves, pursuant to Rule 15 of the Local Rules of Civil Procedure, to withdraw her appearance as Counsel in this case for the plaintiff, Schaghticoke Tribal Nation. In support of this motion, counsel states:

1.  On January 28, 2002, the undersigned attorney, Vanessa D. Roberts, with the law firm of Cummings & Lockwood LLC, entered an appearance as Counsel on behalf of the aforementioned plaintiff. Prior to that time, Attorneys Eric W. Wiechmann and Charles D. Ray, both previously with the law firm of Cummings & Lockwood LLC and now with the law firm of McCarter & English,

    LLP, had entered appearances on the plaintiff's behalf.

2. Attorneys Wiechmann and Ray continue to represent the plaintiff in this action.

3. Attorney Roberts has notified the Schaghticoke Tribal Nation of her intention to file this motion to withdraw and has sent a copy of this motion to the Schaghticoke Tribal Nation.

4. A copy of this motion has been mailed to additional parties in this action by U.S. Mail.

                        VANESSA D. ROBERTS

                        By _/s/ Vanessa D. Roberts_
                            Vanessa D. Roberts (CT 21000)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR WITHDRAWAL OF APPEARANCE has been mailed, postage prepaid, this 30th day of October, 2003 to:

John B. Hughes, Esq.
Chief of Civil Division
United States Attorneys Office
157 Church Street, Floor 23
New Haven, CT 06510

Thomas Van Lenten, Esq.
Pinney, Payne, Van Lenten, Burrell, Wolfe & Dillman, P.C.
Lee Farm Corporate Park
83 Wooster Heights
Danbury, CT 06813-3499

Jerry C. Straus, Esq.
Judith A. Shapiro, Esq.
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, NW
Washington, DC 20037

David J. Elliot, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Giovanna Tiberii Weller, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Robert A. Slavitt, Esq.
Slavitt, Connery, & Vardamis
618 West Avenue
Norwalk, CT 06850

James R. Fogarty, Esq.
Fogarty Cohen Selby & Nemiroff
88 Field Point Road
P.O. Box 2508
Greenwich, CT 06836-2508

Susan Quinn Cobb, Esq.
Asst. Attorney General
55 Elm Street
Hartford, CT 06141

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123

Loretta Bonos
594 Bendview Drive
Charleston, WV  25314-1547


Jeffrey B. Sienkiewicz, Esq.
Sienkiewicz & McKenna, PC
9 South Main Street
P.O. Box 786
New Milford, CT  06776-0786

Michael J. Burns, Esq.
Law Offices of Attorney
Michael J. Burns
57 Pratt Street
Hartford, CT  06103

                                  Eric Watt Wiechmann  (CT 04331)

HARTFORD: 600832.01