UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCHAGHTICOKE TRIBAL NATION<br><br>Plaintiff<br><br>V.<br><br>THE UNITED STATES OF AMERICA AND THE CONNECTICUT LIGHT AND POWER COMPANY<br><br>Defendants. | CIVIL ACTION NO.<br>3:00-CV 0820(SRU)<br><br><br><br><br><br><br><br><br>NOVEMBER 12, 2003 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 15, James K. Robertson seeks to withdraw his appearance on behalf of the defendant, THE CONNECTICUT LIGHT AND POWER COMPANY, in the above-entitled matter. Richard L. Street will continue to represent the defendant on this matter. The undersigned represents that the defendant has received actual notice of this Motion to Withdraw.

James K. Robertson
Federal Bar No: ct05301
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Phone: (203) 573-1200
Fax: (203) 575-2600
Email: jrobertson@carmodylaw.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on the 12th day of November, 2003, to:

Eric Watt Wiechmann
Eric M. Grant
Karen Wagshul
Charles D. Ray
William H. Bright, Jr.
Cummings & Lockwood
Cityplace I
185 Asylum Street
Hartford, CT 06103-3495

Thomas Van Lenten, Esq.
Pinney, Payne, Van Lenten, Burrell,
Wolfe & Dillman, P.C.
Lee Farm Corporate Park
83 Wooster Heights
Danbury, CT 06813-3499

David J. Elliott
Alan B. Taylor
Eric L. Sussman
Stephen Benjamin Reynolds
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499

John B. Hughes
Chief of Civil Division
United States Attorney's Office
157 Church Street, Floor 23
New Haven, CT 06510

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06123

{W1274884}
CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200
2

James R. Fogarty
Leland C. Selby
Fogarty, Cohen, Selby & Nemiroff LLC
88 Field Point Road
P.O. Box 2508
Greenwich, CT 06836-2508

Jeffrey B. Sienkiewicz
Michael S. McKenna
Sienkiewicz & McKenna, P.C.
P.O. Box 786
New Milford, CT 06776

Loretta E. Bonos, Adm.
Of the Estate of
Florence E. M. Baker Bonos (Pro Se)
P.O. Box 32256
Washington, D.C. 20007

Robert A. Slavitt, Esq.
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, CT 06850

Bernard L. Broome, P.C.
123-12 82nd Avenue
Kew Gardens, NY 11415

David N. Sloan
118-21 Queens Boulevard
Forest Hills, New York 11375

Susan Quinn Cobb
Carolyn Kyle Querijero
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

James K. Robertson

CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

3