FILED
Nov 3  11 05 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCHAGHTICOKE TRIBAL NATION ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | NO. 3-00-CV00820 (PCD) |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA ) | |
| AND THE CONNECTICUT LIGHT AND ) | |
| POWER COMPANY, et al. ) | |
| ) | |
| Defendants. ) | October 30, 2003 |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

The undersigned attorney moves, pursuant to Rule 15 of the Local Rules of Civil Procedure, to withdraw her appearance as Counsel in this case for the plaintiff, Schaghticoke Tribal Nation. In support of this motion, counsel states:

1. On January 28, 2002, the undersigned attorney, Vanessa D. Roberts, with the law firm of Cummings & Lockwood LLC, entered an appearance as Counsel on behalf of the aforementioned plaintiff. Prior to that time, Attorneys Eric W. Wiechmann and Charles D. Ray, both previously with the law firm of Cummings & Lockwood LLC and now with the law firm of McCarter & English,

GRANTED. SO ORDERED.
Peter C. Dorsey, U.S. District Judge
11/19/03

FILED
Nov 19  4 45 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.