UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. H-85-1078(PCD) |
| v. | ) | |
| | ) | |
| 43.47 ACRES OF LAND, MORE OR LESS, | ) | |
| SITUATED IN THE COUNTY OF | ) | |
| LITCHFIELD, TOWN OF KENT, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | \* \* \* \* \* \* \* \* \* |
| SCHAGHTICOKE TRIBAL NATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 3-98-CV 01113 (PCD) |
| v. | ) | |
| | ) | |
| KENT SCHOOL CORPORATION, INC., et al | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | \* \* \* \* \* \* \* \* \* |
| SCHAGHTICOKE TRIBAL NATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 3-00-CV 0820 (PCD) |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA AND | ) | |
| THE CONNECTICUT LIGHT AND | ) | |
| POWER COMPANY, et al | ) | |
| Defendants. | ) | December 5, 2003 |

**SCHAGHTICOKE TRIBAL NATION'S RESPONSE TO THE GOVERNMENT'S
SUPPLEMENTAL MEMORANDUM IN RESPONSE
<u>TO MOTION TO AMEND THE SCHEDULING ORDER</u>**

The Schaghticoke Tribal Nation ("Tribe") previously objected to the Motion to Amend the Scheduling Order to Allow the Submission of New Evidence ("the Motion") filed in the above-captioned case by the Defendants, Kent School Corporation, Inc., the Town of Kent, the Connecticut Light and Power Company (collectively, "Defendants") and the *Amicus* State of

Connecticut ("*Amicus*"), on November 7, 2003. The Office of Federal Acknowledgement of the Bureau of Indian Affairs ("the Government") initially indicated that it would accept the sur-reply evidence submitted by the Defendants and *Amicus* only if the Scheduling Order in this case was amended by the Court to allow for the submission. On December 3, 2003, the Government supplemented its earlier response and altered its position.

The Government now takes the position that certain documentation submitted by the Defendants and *Amicus* and the Tribe in connection with the Motion, could be useful to it in verifying the evidence that was previously and properly submitted by the Tribe and all interested parties. *See* Government's Supp. Resp. at 3-4 ("the documentation"). The Government has also made clear that the use of the documentation would not result in any delay of the acknowledgement process or the deadlines set forth in the Court's Scheduling Order. *Id.* at 3.

The Tribe maintains that the Defendants and *Amicus* levied unfounded and malicious charges of misrepresentation against it in their Motion in an attempt to do that which they could not legitimately do under the relevant regulations: improperly submit sur-reply evidence as substantive proof of the number of Tribe members. Like the Government, however, the Tribe recognizes the importance of the issue of tribal membership to these acknowledgement proceedings.

With this in mind, the Tribe accepts the Government's representations that (1) the documentation could be of assistance to it in verifying the membership evidence that was previously and properly submitted by the Tribe and the interested parties and (2) the documentation could, in any event, be appropriately referred to by the Government, under the applicable BIA regulations, as part of its verification efforts. As the information on its face gives lie to the baseless charges made by the Defendants and *Amicus* in their Motion, the Tribe does not believe that any further explanation with respect to its membership list is necessary. The Tribe also accepts the Government's representation that the limited use of the documentation in this manner will not result in a delay of the acknowledgement process or the Court's Scheduling Order.

Thus, the Tribe has no objection to the Government's limited use of the documentation in the manner described in its December 3, 2003 Supplemental Response. Like the Government, the Tribe remains interested in a fair and expeditious resolution of these proceedings.

> THE PLAINTIFF,
> SCHAGHTICOKE TRIBAL NATION
> BY MCCARTER & ENGLISH, LLC
> ITS ATTORNEYS
>
> By _____
> Eric Watt Wiechmann (CT 04331)
> CityPlace I
> Hartford, CT 06103
> (860) 275-6700
>
> and
>
> Thomas Van Lenten, Esq. (CT 10199)
> Pinney, Payne, Van Lenten,
> Burrell, Wolfe & Dillman, P.C.
> Lee Farm Corporate Park
> 83 Wooster Heights
> Danbury, CT 06813-3499
> (203) 830-6335

Of Counsel:
Judith A. Shapiro, Esq.
6856 Eastern Avenue NW
Suite 206
Washington, DC 20012

and

Jerry C. Straus, Esq.
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, NW
Washington, DC 20037

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Schaghticoke Tribal Nation's Supplemental Memorandum In Response To The Government's Supplemental Memorandum In Response To Motion To Amend The Scheduling Order has been mailed, postage prepaid this 5th day of December, 2003 to:

John B. Hughes, Esq.
Chief of Civil Division
United States Attorneys Office
157 Church Street, Floor 23
New Haven, CT 06510

Thomas Van Lenten, Esq.
Pinney, Payne, Van Lenten,
Burrell, Wolfe & Dillman, P.C.
Lee Farm Corporate Park
83 Wooster Heights
Danbury, CT 06813-3499

Judith A. Shapiro, Esq.
6856 Eastern Avenue NW
Suite 206
Washington, DC 20012

David J. Elliot, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Loretta Bonos
594 Bendview Drive
Charleston, WV 25314

Jeffrey B. Sienkiewicz, Esq.
Sienkiewicz & McKenna, PC
9 South Main Street
P.O. Box 786
New Milford, CT 06776-0786

Michael J. Burns, Esq.
Law Offices of Attorney Michael J. Burns
57 Pratt Street
Hartford, CT 06103

Jerry C. Straus, Esq.
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, NW
Washington, DC 20037

Giovanna Tiberii Weller, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Robert A. Slavitt, Esq.
Slavitt, Connery, & Vardamis
618 West Avenue
Norwalk, CT 06850

James R. Fogarty, Esq.
Fogarty Cohen Selby & Nemiroff
88 Field Point Road
P.O. Box 2508
Greenwich, CT 06836-2508

Susan Quinn Cobb, Esq.
Asst. Attorney General
55 Elm Street
Hartford, CT 06141

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123

Renita Ford, Esq.
General Litigation Section
Environmental & Natural Resources Division
United States Department of Justice
Post Office Box 663
Washington, DC 20004-0663

Scott Keep, Esq.
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW
Mailstop 6456
Washington, D.C. 20240

_____
Eric Watt Wiechmann (CT 04331)

HARTFORD: 604278.01