UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | FILED |
| PLAINTIFF, | : | Feb 27  3 18 PM '04 |
| V. | : | U.S DISTRICT COURT |
| | : | NEW HAVEN, CONN. |
| 43.47 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF LITCHFIELD, TOWN OF KENT, ET AL., | : | CIVIL NO. H-85-1078(PCD) |
| DEFENDANTS. | : | |

\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| SCHAGHTICOKE TRIBAL NATION, | : | |
| PLAINTIFF, | : | |
| V. | : | |
| KENT SCHOOL, | : | CIVIL NO. 3:98CV01113(PCD) |
| DEFENDANTS. | : | |

\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| SCHAGHTICOKE TRIBAL NATION, | : | |
| PLAINTIFF, | : | |
| V. | : | |
| CONNECTICUT LIGHT & POWER, | : | CIVIL NO. 3:00CV00820(PCD) |
| DEFENDANTS. | : | |

### [~~PROPOSED~~] AMENDED ORDER

The Stipulated Scheduling Order entered by the Court on May 9, 2001 is hereby amended to modify paragraph (k) to read as follows:

9

    (k) Any request for judicial review of the final decision under the Administrative Procedure Act by any party or *amici* to these cases shall be filed within 90 days of its effective date and shall be filed in this court as a case related to the above-captioned cases.

    The balance of the Order, as previously amended, shall remain in effect.

SO ORDERED.

Dated at New Haven, Connecticut, February 27, 2004.

---
Peter C. Dorsey
Senior United States District Judge

10