# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCHAGHTICOKE TRIBAL NATION | : | |
| | : | |
| VS. | : | CASE NO. 3:00CV820 (PCD) |
| | : | |
| THE UNITED STATES OF AMERICA, ET AL. | : | |

## ENDORSEMENT ORDER

The Motion to Withdraw Appearance, document no. 73, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 10th day of June, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court