## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

FILED

JUL 27  2 07 PM '04

| | |
|---|---|
| SCHAGHTICOKE TRIBAL NATION<br> Plaintiff, | :<br>:<br>: |
| v. | :<br>: |
| UNITED STATES OF AMERICA AND<br>CONNECTICUT LIGHT AND POWER<br>COMPANY<br> Defendants. | :<br>:<br>:<br>: |

Case No. 3:00cv820 (PCD)

### ORDER

James K. Robertson's Motion to Withdraw [Doc. No. 56] is **granted**.

SO ORDERED.

Dated at New Haven, Connecticut, July 21, 2004.

                  Peter C. Dorsey, U.S. District Judge
                       United States District Court

1