UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

Oct 13  1 17 PM '04

U.S DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) CIVIL ACTION | |
| | ) NO. H-85-1078(PCD) | |
| v. | ) | |
| | ) | |
| 43.47 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF LITCHFIELD, TOWN OF KENT, et al, | ) | |
| | ) | |
| Defendants. | ) ************ | |
| SCHAGHTICOKE TRIBAL NATION | ) | |
| | ) | |
| Plaintiff, | ) CIVIL ACTION | |
| | ) NO. 3-98-CV O1113 (PCD) | |
| v. | ) | |
| | ) | |
| KENT SCHOOL CORPORATION, INC., et al | ) | |
| | ) | |
| Defendants. | ) ************ | |
| SCHAGHTICOKE TRIBAL NATION | ) | |
| | ) | |
| Plaintiff, | ) **CIVIL ACTION** | |
| | ) **NO. 3-00-CV 0820 (PCD)** | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA AND THE CONNECTICUT LIGHT AND POWER COMPANY, et al | ) | |
| | ) | |
| Defendants. | )SEPTEMBER 30, 2004 | |

### MOTION TO WITHDRAW APPEARANCE

The undersigned, pursuant to Local Rule 7(e), moves to withdraw his appearance on

behalf of Schaghticoke Tribal Nation. In support of such motion, the undersigned represents as follows:

1. The involvement of the undersigned in this matter has terminated.

2. Schaghaticoke Tribal Nation is currently represented by Eric Wiechmann, Esq. at McCarter & English, LLP. of CityPlace I, Hartford, CT 06103, Jerry C. Straus, Esq. at Hobbs, Straus, Dean & Walker, LLP, 2120 L. Street, N.W., Washington, D.C. 20037 and Judith A. Shapiro, Esq., 6856 Eastern Avenue NW, Suite 206, Washington, D. C. 20012.

> THE PLAINTIFF,
> SCHAGHTICOKE TRIBAL NATION
> BY PINNEY PAYNE, P.C.
>
> ITS ATTORNEYS
>
> By _____
> Thomas W. Van Lenten (CT 10199)
> 83 Wooster Heights
> Danbury, Connecticut 06810
> (203) 743-2721

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Withdraw Appearance has been mailed, postage prepaid this 30th day of September, 2004 to:

John B. Hughes, Esq.
Chief of Civil Division
United States Attorneys Office
157 Church Street, Floor 23
New Haven, CT 06510

Thomas Van Lenten, Esq.
Pinney, Payne, Van Lenten,
Burrell, Wolfe & Dillman, P.C.
Lee Farm Corporate Park
83 Wooster Heights
Danbury, CT 06813-3499

Judith A. Shapiro, Esq.
6856 Eastern Avenue NW
Suite 206
Washington, DC 20012

David J. Elliot, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Loretta Bonos
594 Bendview Drive
Charleston, WV 25314

Jeffrey B. Sienkiewicz, Esq.
Sienkiewicz & McKenna, PC
9 South Main Street
P.O. Box 786
New Milford, CT 06776-0786

Michael J. Burns, Esq.
Law Offices of Attorney
Michael J. Burns
57 Pratt Street
Hartford, CT 06103

Jerry C. Straus, Esq.
Hobbs, Straus, Dean &
Walker, LLP
2120 L Street, NW
Washington, DC 20037

Giovanna Tiberii Weller, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Robert A. Slavitt, Esq.
Slavitt, Connery, & Vardamis
618 West Avenue
Norwalk, CT 06850

James R. Fogarty, Esq.
Fogarty Cohen Selby & Nemiroff
88 Field Point Road
P.O. Box 2508
Greenwich, CT 06836-2508

Susan Quinn Cobb, Esq.
Asst. Attorney General
55 Elm Street
Hartford, CT 06141

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123

Renita Ford, Esq.
General Litigation Section
Environmental & Natural Resources Division
United States Department of Justice
Post Office Box 663
Washington, DC 20004-0663

Scott Keep, Esq.
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW
Mail 6456
Washington, D.C. 20240

_____
Thomas E. Van Lenten (CT 10199)