UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,                    : CIVIL ACTION NO.
             Plaintiff                       : H-85-1078(PCD)
                                             :
        v.                                   :
                                             :
43.47 ACRES OF LAND, MORE OR LESS,           :
SITUATED IN THE COUNTY OF LITCHFIELD,        :
TOWN OF KENT, ET AL                          :
             Defendants                      :
                                             :

_____

SCHAGHTICOKE TRIBAL NATION                   : CIVIL ACTION NO.
             Plaintiff                       : 3-98-CV01113(PJD)
                                             :
        v.                                   :
                                             :
KENT SCHOOL CORPORATION, INC.; ET AL.        :
             Defendants                      :
                                             :

_____

SCHAGHTICOKE TRIBAL NATION                   : CIVIL ACTION NO.
             Plaintiff                       : 3-00-CV-00820 (PJD)
                                             :
        v.                                   :
                                             :
UNITED STATES OF AMERICA AND THE             :
CONNECTICUT LIGHT AND POWER COMPANY          :
             Defendants                      : March 10, 2005
                                             :

_____

## Notice of Manual Filing

Please take notice that The Town of Kent has manually filed
its Memorandum in Opposition to Schaghticoke Tribal Nation's
Motion For Permission To Conduct Limited Discovery.

This document has not been filed electronically because:

[**X**] the document cannot be fully converted to an electronic format;

[ ] the electronic file size of the document exceeds 1.5 mb;

[ ] The document (or thing) is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions;

[ ] Plaintiff/Defendant is excused from electronically filing this document by court order.

The document has been manually served on all parties.

RESPECTFULLY SUBMITTED,
TOWN OF KENT

By s/Jeffrey B. Sienkiewicz
    Jeffrey B. Sienkiewicz
    Fed. Bar No. CT 06371
    Sienkiewicz & McKenna, P.C.
    9 South Main St., P.O. Box 786
    New Milford, CT 06776
    Tel.(860)354-1583
    Telefax (860) 355-4439
    e-mail:  nm4jds@aol.com

MCH-C\Kent\Schaghticoke\Notice of Manual Filing

CERTIFICATION

This is to certify that on March 10, 2005, a copy of the foregoing was sent via First Class United States Mail, postage prepaid, to:

Eric Watt Wiechmann, Esq.
Salvatore N. Fornaciari, Esq.
McCarter & English
CityPlace I
185 Asylum Street
Hartford, CT 06103

David J. Elliott, Esq.
Eric L. Sussman, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

James R. Fogarty, Esq.
Leland C. Selby, Esq.
Fogarty, Cohen, Selby & Neimeroff, LLC
88 Field Point Road
P. O. Box 2508
Greenwich, CT  06836-2508

Richard L. Street, Esq.
Giovanna Tiberii Weller, Esq.
Carmody & Torrance
50 Leavenworth Street
P. O. Box 1110
Waterbury, CT  06721-1110

Mark S. Kohler, Esq.
Susan Quinn Cobb, Esq.
Office of the Attorney General
55 Elm Street,
P. O. Box 120
Hartford, CT  06161

Updike, Kelly & Spellacy. P.C.
One State Thomas A. Gugliotti, Esq.
Street
Hartford, CT  06123

David N. Sloan, Esq.
118-21 Queens Boulevard
Forest Hills, NY  11375

John B. Hughes, Esq.
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street
P. O. Box 1824
New Haven, CT  06510

Robert A. Slavitt, Esq.
Slavitt, Connery & Vardamis
618 West Avenue,
Norwalk, CT  06850

Michael J. Burns, Esq.
57 Pratt Street #604
Hartford, CT  06103

Renita Ford, Esq.
General Litigation Section
Environmental & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, CT  20004-0663

                              s/Jeffrey B. Sienkiewicz
                              Jeffrey B. Sienkiewicz