```
                                              FILED

                                         2005 MAR 21  P 12: 23
              THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF CONNECTICUT
                                           U.S. DISTRICT COURT
                                            NEW HAVEN, CT
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| PLAINTIFF, | : | |
| v. | : | CIVIL NO. H-85-1078(PCD) |
| 43.47 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF LITCHFIELD, TOWN OF KENT, ET AL., | : | |
| DEFENDANTS, | : | |
| SCHAGHTICOKE TRIBAL NATION, | : | |
| PLAINTIFF, | : | |
| v. | : | CIVIL NO. 3:98CV1113(PCD) |
| KENT SCHOOL CORPORATION, INC. ET AL, | : | |
| DEFENDANTS, | : | |
| SCHAGHTICOKE TRIBAL NATION, | : | |
| PLAINTIFF, | : | |
| v. | : | CIVIL NO. 3:00CV0820(PCD) |
| THE UNITED STATES OF AMERICA AND THE CONNECTICUT LIGHT AND POWER COMPANY, | : | |
| DEFENDANTS, | : | March 18, 2005 |

## MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE

The Schaghticoke Tribal Nation (STN) filed a <u>Motion For Permission To Conduct Limited Discovery</u> with this Court, dated February 17, 2005. The State of Connecticut, Kent School, and Connecticut Light and Power, collectively referring to themselves as "The State", filed a <u>Response</u> to the STN motion, The Town of Kent has also filed a <u>Memorandum</u> opposing the STN motion and has requested that the motion be denied.

The Schaghticoke Indian Tribe (SIT) as distinguished from the STN, is concerned that specific issues are being overlooked by these three pleadings filed by the above referred to parties. Therefore the SIT requests an extension of time to file a Response and that the attached **SCHAGHTICOKE INDIAN TRIBE'S RESPONSE TO SCHAGHTICOKE TRIBAL NATION'S MOTIONFOR PERMISSION TO CONDUCT LIMITED DISCOVERY** be allowed to be considered in ruling on the Motion for Permission to conduct Limited Discovery.

RESPECTFULLY SUBMITTED,<br>
THE SCHAGHTICOKE INDIAN TRIBE<br><br>
By: _____<br>
Michael J. Burns (CT 22230)<br>
Law Offices of<br>
Attorney Michael J. Burns<br>
57 Pratt Street, Suite 604<br>
Hartford, CT 06103<br>
Tel. (860) 246-6400

2

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing has been mailed, postage prepaid this 18th day of March 2005 to:

Eric Wiechmann, Esq.
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495

John B. Hughes
Chief of Civil Division
United States Attorney's Office
157 Church Street, Floor 23
New Haven, CT 06510

James R. Fogarty, Esq.
Fogarty,Cohen,Selby & Nemiroff, P.C.
88 Field Point Road
Post Office Box 2508
Greenwich, CT 06836-2508

David J. Elliot, Esq.
Day,Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Giovanna Tiberii Weller, Esq.
Carmody & Torrance
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110

Jeffrey B. Sienkiewicz, Esq.
9 South Main Street
Post Office Box 786
New Milford, CT 06776-0786

Loretta Bonos
594 Bendview drive
Charleston, WV 25314

3

Robert A. Slavitt, Esq.
Slavitt, Connery, & Vardamis
618 West Avenue
Norwalk, CT 06850

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123

Mark S. Kohler, Esq.
Susan Quinn Cobb, Esq.
Assistant Attorney General
55 Elm Street
Hartford, CT 06141

Renita Ford, Esq.
General Litigation Section
Environmental & Natural Resources Division
United States Department of Justice
Post Office Box 663
Washington, D.C. 20004-0663

Scott Keep, Esq.
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW-Mailstop 6456
Washington, D.C. 20240

Michael J. Burns (CT 22230)