UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br> <br> v. <br> <br> 43.47 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF LITCHFIELD, TOWN OF KENT, ET AL., <br>    Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Case No: H-85-1078 (PCD) |
| SCHAGHTICOKE TRIBAL NATION <br>    Plaintiff, <br> <br> v. <br> <br> KENT SCHOOL <br>    Defendant, | : <br> : <br> : <br> : <br> : <br> : <br> : | Case No. 3:98cv1113 (PCD) |
| SCHAGHTICOKE TRIBAL NATION <br>    Plaintiff, <br> <br> v. <br> <br> UNITED STATES OF AMERICA AND CONNECTICUT LIGHT AND POWER COMPANY <br>    Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Case No. 3:00cv820 (PCD) |

## **ORDER**

Having received the Schaghticoke Tribal Nation's Motion to Amend Scheduling Order [Doc. Nos. 250, 174, 80] and the request therein for an expedited briefing schedule, it is hereby ordered that all opposition briefs be filed with the Court no later than June 30, 2005. The Court will decide the Motion on the papers thereafter.

1

SO ORDERED.

Dated at New Haven, Connecticut, June  17 , 2005.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court