UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. H-85-1078(PCD) |
|     Plaintiff, | : | |
|   v. | : | |
| | : | |
| 43.47 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF LITCHFIELD, TOWN OF KENT, Et al, | : | |
|     Defendants. | : | ********** |
| | : | |
| SCHAGHTICOKE TRIBAL NATION | : | |
|     Plaintiff, | : | CIVIL ACTION NO. 3-98-CV01113(PCD) |
|   v. | : | |
| | : | |
| KENT SCHOOL CORPORATION, INC. et al, | : | |
|     Defendants. | : | ********** |
| | : | |
| SCHAGHTICOKE TRIBAL NATION | : | |
|     Plaintiff, | : | CIVIL ACTION NO. 3-00-CV0820(PCD) |
|   v. | : | |
| | : | |
| THE UNITED STATES OF AMERICA AND THE CONNECTICUT LIGHT AND POWER COMPANY, et al | : | |
|     Defendants. | : | JULY 7, 2005 |

## **APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for Non-Party Witnesses, State Senator Andrew Roraback and State Representative Mary Ann Carson, in the above-captioned case.

Dated at Hartford, Connecticut, this 13th day of July, 2005.

1

2

        NON PARTY WITNESSES,
        STATE SENATOR
        ANDREW RORABACK
        and STATE REPRESENTATIVE
        MARY ANN CARSON
        STATE OF CONNECTICUT

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY: _____
        Perry Zinn Rowthorn
        Assistant Attorney General
        55 Elm Street
        P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5020
        Fax: (860) 808-5347
        Perry.Zinn-Rowthorn@po.state.ct.us

# CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 13th day of July, 2005 to:

Eric Watt Wiechmann, Esq.
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495

James R. Fogarty, Esq.
Fogarty, Cohen, Selby & Nemiroff LLC
88 Field Point Road
PO Box 2508
Greenwich, CT 06836-2508

Giovanna Tiberri Weller, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Jerry Strauss, Esq.
Hobbs, Strauss, Dean & Walker
2120 L Street, NW
Washington, DC 20021

Jeffrey Sienkiewicz, Esq.
Sienkiewicz & McKenna
PO Box 786
New Milford, CT 06776

Michael J. Burns, Esq.
57 Pratt Street, Suite 604
Hartford, CT 06103

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
PO Box 231277
Hartford, CT 06123-1277

Scott Keep, Esq.
Office of the Solicitor
U.S. Dept. of the Interior
1849 C Street, NW – Mailstop 6456
Washington, DC 20240

Richard Street, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Barbara Coen, Esq.
Office of the Solicitor
U.S. Dept. of the Interior
1849 C Street, NW – Mailstop 6456
Washington, DC 20240

Robert A. Slavitt, Esq.
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, CT 06850

David Elliott, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

John B. Hughes
United States Attorney's Office
157 Church Street
P.O. Box 1824
New Haven, CT 06510

Loretta Bonos
594 Bendview Drive
Charleston, WV 25314

John B. Hughes
Assistant U.S. Attorney
157 Church Street
New Haven, CT 06508

Judith Shapiro
6856 Eastern Avenue, NW
Suite 206
Washington, DC 20021

Renita Ford, Esq.
General Litigation Section
Environmental & Natural Resources
Division
United States Dept of Justice
Po Box 663
Washington, DC 20004-0663

_____
Perry Zinn Rowthorn
Assistant Attorney General