# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>43.47 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF LITCHFIELD, TOWN OF KENT, ET AL.,<br>　　　　　Defendants. | CIVIL ACTION NO.<br>H-85-1078 (PCD) |
| SCHAGHTICOKE TRIBAL NATION,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENT SCHOOL CORPORATION, ET AL.,<br>　　　　　Defendants. | CIVIL ACTION NO.<br>3-98-CV-01113 (PCD) |
| SCHAGHTICOKE TRIBAL NATION,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA AND THE CONNECTICUT LIGHT AND POWER COMPANY,<br>　　　　　Defendants. | CIVIL ACTION NO.<br>3-00-CV-00820 (PCD)<br><br>July 14, 2005 |

### MOTION OF AMICUS STATE OF CONNECTICUT TO SUPPLEMENT ITS OPPOSITION TO SCHAGHTICOKE TRIBAL NATION'S MOTION TO AMEND SCHEDULING ORDER

The amicus State of Connecticut ("State") respectfully moves for leave to supplement

its opposition to the motion to amend scheduling order filed by the Schaghticoke Tribal

ORAL ARGUMENT NOT REQUESTED

Nation ("STN"). Specifically, the State requests permission to submit the attached letter from Governor M. Jodi Rell, dated July 11, 2005, regarding the STN's motion.

Although the State understands from chambers and reports of opposing counsel that the Court has ruled on the motion, the Governor has requested that the undersigned take steps to make her letter part of the record. Her comments are pertinent and important, persuasively supporting public interest concerns set forth in our own pleadings. The Governor's personal comments reinforce our legal and factual argument on behalf of our State's citizens. Her involvement in this issue reflects deeply felt and widely held convictions on her part and many others, which deserve respect and acknowledgement in the record. Her limited role in these proceedings for this purpose is appropriate and significant.

    Respectfully Submitted,

    AMICUS CURIAE,
    STATE OF CONNECTICUT

    RICHARD BLUMENTHAL
    ATTORNEY GENERAL

By: _____
    Richard Blumenthal (ct05924)
    Attorney General
    Mark F. Kohler (ct02272)
    Susan Q. Cobb (ct03850)
    Assistant Attorneys General
    55 Elm Street
    P.O. Box 120
    Hartford, CT 06141-0120
    (860)808-5020
    (860)808-5389(fax)
    mark.kohler@po.state.ct.us
    susan.cobb@po.state.ct.us

<u>CERTIFICATION</u>

This certifies that the foregoing was served by first-class mail on all counsel and pro se parties of record this 14th day of July, 2005, as follows:

Eric W. Weichmann
Salvatore N. Fornaciari
McCarter & English LLC
CityPlace I
185 Asylum Street
Hartford, CT 06103

Judith Shapiro
6856 Eastern Aveneue, NW
Washington, D.C. 20012

Jerry C. Strauss
Hobbs, Straus, Dean & Walker
2120 L Street, NW
Washington, D.C. 20037

Michael J. Burns
57 Pratt Street
Hartford, CT 06103

David J. Elliott
Day, Berry & Howard
CityPlace I
185 Asylum Avenue
Hartford, CT

Jeffrey B. Sienkiewicz
Sienkiewicz & McKenna, PC
9 South Main Street
P.O. Box 786
New Milford, CT 06676-0786

James Fogarty
Fogarty, Cohen, Selby & Nemiroff
88 Field Point Road
P.O. Box 2508
Greenwich, CT 06386-2508

Richard L. Street
Carmody & Torrance
50 Leavenworth Street
P.O. Box 110
Waterbury, CT 06721

Robert A. Slavitt
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, CT 06850

Loretta E. Bonos
594 Bend View Drive
Charleston, West Virginia 25314

Thomas Gugliotti
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123

John B. Hughes
Unites States Attorney's Office
157 Church Street
P.O. Box 1824
New Haven, CT 06510

| | |
|---|---|
| Barbara N. Coen<br>Division of Indian Affairs<br>Office of the Solicitor<br>U.S. Department of Interior<br>1849 C Street, NW<br>Washington, D.C. 20240 | Renita Ford<br>General Litigation Section<br>Environmental & Natural Resources<br>Division<br>U.S. Department of Justice<br>P.O. Box 663<br>Washington, D.C. 20004-0663 |

_____

Mark F. Kohler

4