```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,                  : CIVIL ACTION NO.
         Plaintiff                         : H-85-1078(PCD)
                                           :
     v.                                    :
                                           :
43.47 ACRES OF LAND, MORE OR LESS,         :
SITUATED IN THE COUNTY OF LITCHFIELD,      :
TOWN OF KENT, ET AL                        :
         Defendants                        :
                                           :
_____

SCHAGHTICOKE TRIBAL NATION                 : CIVIL ACTION NO.
         Plaintiff                         : 3-98-CV01113(PJD)
                                           :
     v.                                    :
                                           :
KENT SCHOOL CORPORATION, INC.; ET AL.      :
         Defendants                        :
                                           :
_____

SCHAGHTICOKE TRIBAL NATION                 : CIVIL ACTION NO.
         Plaintiff                         : 3-00-CV-00820 (PJD)
                                           :
     v.                                    :
                                           :
UNITED STATES OF AMERICA AND THE           :
CONNECTICUT LIGHT AND POWER COMPANY        :
         Defendants                        : August 4, 2005
                                           :
_____
```

**APPEARANCE**

TO THE CLERK OF THE COURT:

    Please enter the appearance of Jeffrey B. Sienkiewicz as counsel for the non-party deponent, FRANCELIA JOHNSON, in the above-entitled action.

                                  FRANCELIA JOHNSON

                            By <u>s/Jeffrey B. Sienkiewicz</u>
                                Jeffrey B. Sienkiewicz
                                Fed.Bar No. CT 06371
                                Sienkiewicz & McKenna, P.C.
                                9 South Main St., P.O. Box 786
                                New Milford, CT 06776
                                Tel.(860)354-1583
                                Telefax:  (860) 355-4439
                                E-mail:  nm4jds@aol.com

<u>CERTIFICATION</u>

This is to certify that on August 4, 2005, a copy of the foregoing was sent via First Class United States Mail, postage prepaid, to:

Eric Watt Wiechmann, Esq.
Salvatore N. Fornaciari, Esq.
David Reif, Esq.
McCarter & English
CityPlace I
185 Asylum Street
Hartford, CT 06103

David J. Elliott, Esq.
Eric L. Sussman, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

James R. Fogarty, Esq.
Leland C. Selby, Esq.
Fogarty, Cohen, Selby & Neimeroff, LLC
88 Field Point Road
P. O. Box 2508
Greenwich, CT  06836-2508

Richard L. Street, Esq.
Giovanna Tiberii Weller, Esq.
Carmody & Torrance
50 Leavenworth Street
P. O. Box 1110
Waterbury, CT  06721-1110

Mark S. Kohler, Esq.
Susan Quinn Cobb, Esq.
Office of the Attorney General
55 Elm Street,
P. O. Box 120
Hartford, CT  06161

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy. P.C.
One State Street
Hartford, CT  06123

John B. Hughes, Esq.
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street
P. O. Box 1824
New Haven, CT  06510

Robert A. Slavitt, Esq.
Slavitt, Connery & Vardamis
618 West Avenue,
Norwalk, CT  06850

Michael J. Burns, Esq.
57 Pratt Street #604
Hartford, CT  06103

Thomas W. Beecher, Rsq.
Collins, Hannafin, Garamella,
  Jaber & Tuozzolo, P.C
148 Deer Hill Avenue
Danbury, CT  06810

s/ Jeffrey B. Sienkiewicz
Jeffrey B. Sienkiewicz

MCH-C\Kent\Schaghticoke\Plead\Johnson appearance