ATTACHMENT 2

# SIENKIEWICZ & McKENNA, P.C.
## 9 SOUTH MAIN STREET
## P.O. BOX 786
## NEW MILFORD, CONNECTICUT 06776
## (860)354-1583
## FAX (860)355-4439

DATE:   July 22, 2005

FROM:   Jeffrey B. Sienkiewicz

RE:     <u>Eastlander Group v. Schaghticoke Tribal Nation</u>

PLEASE DELIVER THE ACCOMPANYING FACSIMILE MATERIAL TO:

    Benjamin Engel, Esq.    (via telefax 1-860-278-2179)
    James Green, Esq.       (via telefax 1-860-522-2796)
    Eric W. Wiechman, Esq.  (via telefax 1-860-724-3397)
    John Hughes, Esq.       (via telefax 1-203-773-5376)
    Mark Kohler, Esq.       (via telefax 1-860-808-5347)
    David Elliott, Esq.     (via telefax 1-860-275-0343)
    Donald C. Baur, Esq.    (via telefax 1-202-434-1690)
    James R. Fogarty, Esq.  (via telefax 1-203-629-7300)
    Michael J. Burns, Esq.  (via telefax 1-860-687-1833)
    Thomas Gugliotti, Esq.  (via telefax 1-860-548-2680)
    Robert A. Slavitt, Esq. (via telefax 1-203-866-9724)
    Richard L. Street, Esq. (via telefax 1-203-575-2600)

TOTAL NUMBER OF PAGES INCLUDING THIS PAGE:   4

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail

HQ-C:\Litigation Forms\ FAX TRANSMITTAL SHEET
C:\FAX TRANSMITTAL SHEET.doc

## SIENKIEWICZ & McKENNA, P.C.
### ATTORNEYS AT LAW

9 SOUTH MAIN STREET
P.O. BOX 786
NEW MILFORD, CT 06776-0786

NANCY R. SIENKIEWICZ
JEFFREY B. SIENKIEWICZ
MICHAEL S. McKENNA

July 22, 2005

TELEPHONE (860) 354-1583
FACSIMILE (860) 355-4439

Via Telefax 1-860-278-2179

Benjamin Engel, Esq.
Rogin, Nassau, Caplan, Lassman & Hirtle, LLC
CityPlace I, 22nd Floor
185 Asylum Street
Hartford, CT 06103-3460

Re: <u>Eastlander Group v. Schaghticoke Tribal Nation</u>

Dear Mr. Engel,

This is to confirm our conversation early this afternoon.

Mrs. Johnson remains unwilling to disclose her research and information concerning the Schaghticoke Indians in the context of the <u>Eastlander Group v. Schaghticoke Tribal Nation</u> litigation. She will object to any further efforts to compel such disclosure in that matter.

Mrs. Johnson is also unwilling to make any of her research and information available on an ex-parte basis to the Schaghticoke Tribal Nation or any of its representatives over this weekend as you and Mr. Rosenthal (and subsequently Sal Fornaciari) had suggested.

On the basis hereafter described, Mrs. Johnson is willing to provide the following materials to the parties in the federal litigation involving the Schaghticoke Tribal Nation now pending before Judge Dorsey. Her proposal is intended to provide a level playing field for all parties.

The materials to be provided appear to be a "primary compilation" (my term) of Mrs. Johnson's research and material concerning the Indians at Schaghticoke. The materials appear to include original research and notes; partial genealogies and notes; notes and/or materials obtained from others; newspaper clippings, writings, genealogical research and notes, all collected by Mrs. Johnson. Some of the material is organized; some is not. Simply by size, I estimate the package to contain 200 to maybe 500 pages. Mrs. Johnson does not represent that

Benjamin Engel, Esq.　　　　　　　2　　　　　　　July 22, 2005

the collection represents all of her research and documentation in her possession. Rather, the collection is simply her primary package of material that is readily accessible and available.

Mrs. Johnson is willing to provide the material in response to a <u>limited</u> Notice of Deposition or other discovery request that requests her to provide this "primary compilation" collection on not less than fourteen (14) days prior notice to all parties. Upon receipt of that notice I will arrange for the materials to be copied by a commercial service (I believe 10 copies are necessary) and the firm requesting the production (presumably McCarter & English) must agree to reimburse me for the copying costs.

Assuming no objection is made to the production of the documents by others, copies of the documents will be provided to all parties on the appropriate date together with Mrs. Johnson's affidavit indicating the nature of the documents produced. She will not appear physically to testify.

Assuming the discovery request is limited to the specific materials described above and the other conditions of this proposal are satisfied, Mrs. Johnson will not object to the production of the material. In addition, in my capacity as counsel for the Town of Kent, I will not object to the production of the material made in compliance with this proposal.

I represent that I have not evaluated the substance of Mrs. Johnson's material except to the extent necessary to write this letter. Further, I have not provided any of this material to any party and it will not form a basis for the Town of Kent's document filing next week with the OFA.

Sincerely,

Jeffrey B. Sienkiewicz

JBS/jbs
MCH-C\Kent\Schaghticoke\Engel #2

cc: attached list

Benjamin Engel, Esq.                    3                    July 22, 2005


James Green, Esq. (via telefax 1-860-522-2796)
Eric W. Wiechman, Esq. (via telefax 1-860-724-3397)
John Hughes, Esq. (via telefax  1-203-773-5376)
Mark Kohler, Esq. (via telefax  1-860-808-5347)
David Elliott, Esq. (via telefax  1-860-275-0343)
Donald C. Baur, Esq. (via telefax  1-202-434-1690)
James R. Fogarty, Esq. (via telefax  1-203-629-7300)
Michael J. Burns, Esq. (via telefax  1-860-687-1833)
Thomas Gugliotti, Esq. (via telefax  1-860-548-2680)
Robert A. Slavitt, Esq. (via telefax  1-203-866-9724)
Richard L. Street, Esq. (via telefax  1-203-575-2600)