UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>          Plaintiff | : CIVIL ACTION NO. <br> : H-85-1078(PCD) <br> : |
|      v. | : <br> : |
| 43.47 ACRES OF LAND, MORE OR LESS, <br> SITUATED IN THE COUNTY OF LITCHFIELD, <br> TOWN OF KENT, ET AL <br>          Defendants | : <br> : <br> : <br> : <br> : |

_____

| | |
|---|---|
| SCHAGHTICOKE TRIBAL NATION <br>          Plaintiff | : CIVIL ACTION NO. <br> : 3-98-CV01113(PJD) <br> : |
|      v. | : <br> : |
| KENT SCHOOL CORPORATION, INC.; ET AL. <br>          Defendants | : <br> : <br> : |

_____

| | |
|---|---|
| SCHAGHTICOKE TRIBAL NATION <br>          Plaintiff | : CIVIL ACTION NO. <br> : 3-00-CV-00820 (PJD) <br> : |
|      v. | : <br> : |
| UNITED STATES OF AMERICA AND THE <br> CONNECTICUT LIGHT AND POWER COMPANY <br>          Defendants | : <br> : August 5, 2005 <br> : |

_____

**MOTION FOR PROTECTIVE ORDER**
**FILED BY TOWN OF KENT**

Pursuant to Federal Rules of Civil Procedure, Rule 26(c)

1

the Defendant, Town of Kent, moves for an order of protection
prohibiting the deposition of Francelia Johnson which has been
noticed by the Schahgticoke Tribal Nation for August 8, 2005
pursuant to the Notice of Deposition dated July 29, 2005
attached hereto as Exhibit B.

The Town of Kent supports and endorses the Motion to Quash
and Motion For Protective Order, dated August 4, 2005, filed by
the deponent, Francelia Johnson, and incorporates herein the
reasoning which she cites for quashing the subpoena and for
issuance of a protective order.

The Town of Kent also supports and endorses the Motion for
Protective Order of The Connecticut Light And Power Company and
Kent School Corporation, Inc., dated August 5, 2005.  The Town
of Kent incorporates herein the  reasoning which those
defendants cite for issuance of a protective order.

In further support of those motions, the Town of Kent
attaches the Declaration of Jeffrey B. Sienkiewicz which
describes recent events and dealings with counsel for the
Schaghticoke Tribal Nation with respect to the deposition of
Mrs. Johnson and the discovery of her research and records.

Pursuant to Rule 26(c), the undersigned, Jeffrey B. Sienkiewicz, conferred with Eric W. Wiechmann, counsel for the Schaghticoke Tribal Nation in these procedings, on August 2 and August 3, 2005 in an good faith effort to resolve the objections to the Notice of Deposition raised by the Town of Kent.  The parties were unable to come to an agreement resolving those objections.

WHEREFORE, the Town of Kent requests the court to enter a protective order prohibiting the deposition of Francelia Johnson.

RESPECTFULLY SUBMITTED,
TOWN OF KENT

By __s/ Jeffrey B. Sienkiewicz
Jeffrey B. Sienkiewicz
Fed. Bar No. CT 06371
Sienkiewicz & McKenna, P.C.
9 South Main St., P.O. Box 786
New Milford, CT 06776
Tel.(860)354-1583
Telefax:  (860) 355-4439
E-mail:  nm4jds@aol.com

<u>CERTIFICATION</u>

This is to certify that on August 5, 2005, a copy of the foregoing was sent via First Class United States Mail, postage prepaid, to:

    Eric Watt Wiechmann, Esq.
    Salvatore N. Fornaciari, Esq.
    David Reif, Esq.
    McCarter & English
    CityPlace I
    185 Asylum Street
    Hartford, CT 06103

    David J. Elliott, Esq.
    Eric L. Sussman, Esq.
    Day, Berry & Howard
    CityPlace I
    Hartford, CT 06103-3499

    James R. Fogarty, Esq.
    Leland C. Selby, Esq.
    Fogarty, Cohen, Selby & Neimeroff, LLC
    88 Field Point Road
    P. O. Box 2508
    Greenwich, CT  06836-2508

    Richard L. Street, Esq.
    Giovanna Tiberii Weller, Esq.
    Carmody & Torrance
    50 Leavenworth Street
    P. O. Box 1110
    Waterbury, CT  06721-1110

    Mark S. Kohler, Esq.
    Susan Quinn Cobb, Esq.
    Office of the Attorney General
    55 Elm Street,
    P. O. Box 120
    Hartford, CT  06161

    Thomas A. Gugliotti, Esq.
    Updike, Kelly & Spellacy. P.C.
    One State Street
    Hartford, CT  06123

John B. Hughes, Esq.
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street
P. O. Box 1824
New Haven, CT  06510

Robert A. Slavitt, Esq.
Slavitt, Connery & Vardamis
618 West Avenue,
Norwalk, CT  06850

Michael J. Burns, Esq.
57 Pratt Street #604
Hartford, CT  06103

Thomas W. Beecher, Rsq.
Collins, Hannafin, Garamella,
  Jaber & Tuozzolo, P.C
148 Deer Hill Avenue
Danbury, CT  06810

__s/ Jeffrey B. Sienkiewicz
Jeffrey B. Sienkiewicz

MCH-C\Kent\Schaghticoke\Johnson Motion to For Protective Order

**Exhibit A**

**DECLARATION OF JEFFREY B. SIENKIEWICZ**

STATE OF CONNECTICUT      )
                          )  ss: New Milford  August 5, 2005
COUNTY OF LITCHFIELD      )

Jeffrey B. Sienkiewicz, having a place of business at 9 South Main Street, New Milford, Connecticut, having first been cautioned and sworn, does depose and say:

1.  I am an attorney at law and represent the Defendant, Town of Kent, in the District Court for the District of Connecticut in the case entitled Schaghticoke Tribal Nation v. Kent School Corporation, et al., Case No. 3-98-CV01113 (PJD).  I also represent the Town of Kent as an "interested party" in proceedings concerning the petition for federal acknowledgment filed by the Schaghticoke Tribal Nation before the United States Department of Interior, Bureau of Indian Affairs.

2.  I have also filed an Appearance for the non party deponent, Francelia Johnson, in these federal court proceedings.

3.  I also represent the non party deponent, Francelia Johnson, in a matter entitled Eastlander Group, LLC v. Schaghticoke Tribal Nation, Docket # CV 03-0829544 S, filed in Connecticut Superior Court, Judicial District of Hartford, at Hartford.  In said matter, the Schaghticoke Tribal Nation, on July 16, 2005, noticed the deposition of Francelia Johnson to be held on July 21, 2005.  The Notice of Deposition directed

1

Francelia Johnson to produce the following documents:

> Any and all books, records, notebooks, loose-leaf
> notebooks, notes, ledgers, birth certificates,
> cemetery sketches, obituaries, genealogical trees,
> marriage licenses or other references to marriages,
> whether endogamous or exogamous, and any and all other
> writings or documents or historical, genealogical or
> other information in your possession or custody or
> under your control (whether originals or copies)
> relative to any Schaghticoke indian or any person of
> any Schaghticoke ancestry alive or dead.
>
> Including without limitation notebooks containing
> genealogical information relative to the Kilson,
> Harris, and Coggswell families and any other
> Schaghticoke indians or persons of Schaghticoke
> ancestry.

4.  On behalf of Mrs. Johnson, I filed a Motion for
Protective Order, dated July 18, 2005, in the state court
action.

5.  On or about July 19, 2005, I telephoned Attorney
Benjamin Engel, counsel to the Schaghticoke Tribal Nation in the
state court proceedings, to advise him that I had filed the
Motion for Protective Order.  During that conversation, we
discussed whether it was improper in the state court proceedings
for the Schaghticoke Tribal Nation to notice the deposition of
Francelia Johnson and to seek production of her research,
records and documents pertaining to the Indians at Schaghticoke,
including her research relating to genealogy and marriages
issues as those issues were not before the state court.

6.  The state court action had been brought to affirm an

2

arbitration award rendered against the Schaghticoke Tribal

Nation with respect to its joint venture agreement with the

Eastlander Group, LLC concerning funding for the Schaghticoke

Tribal Nation's efforts to achieve federal recognition and

concerning future Schaghticoke/Eastlander gaming activities.

7.   During our conversation, Mr. Engel stated that the

purpose for the deposition and document production request was

to enable the Schaghticoke Tribal Nation to justify to the

Eastlander Group, LLC the need for additional funding of the

Schaghticoke Tribal Nation's research efforts.  Mr. Engel

indicated that it was not the purpose of the deposition and the

document production request to secure Mrs. Johnson's research

for filing in connection with the Schaghticoke Tribal Nation's

petition for federal acknowledgment.

8.   On July 20, 2005, the Schaghticoke Tribal Nation filed

its Opposition to Motion For Protective Order in state court.

In paragraph 5 of that pleading, the Schaghticoke Tribal Nation

asserted that it was necessary for the Schaghticoke Tribal

Nation to take Mrs. Johnson's deposition and to review her

records for the following reason:

> 5.   Defendant [Schaghticoke Tribal Nation] requires
> the ability to review these records because they may
> help the Defendant comply with its Agreement with the
> Plaintiff [Eastlander Group, LLC] by helping
> demonstrate Defendant's entitlement to federal
> recognition as a Native American tribe.  Also, the
> information is potentially relevant to current issues

3

between Defendant and Plaintiff under the Agreement
relative to demonstrating the compensability of
professional work requested by Defendant.  Plaintiff
has advised Defendant it has no objection to this
deposition occurring.

A copy of the Schaghgticoke Tribal Nation's Opposition to Motion
For Protective Order (without exhibits) is attached hereto as
Exhibit C.

9.  In an article appearing in the Hartford Currant on July
21, 2005, Mr. Engel was quoted as stating:

We have to make sure our investor understands the need
to pursue this information[.]  We have to show our
investor the need for this historical research.

This statement is entirely consistent with the statements that
Mr. Engel made to me on July 19th to the effect that the
information was needed to persuade the investor to fund
additional research, not for submission to the Bureau of Indian
Affairs in connection with the petition for federal
acknowledgment.  A copy of the Hartford Currant article from its
web site is attached hereto as Exhibit D.

10.  As a result of subsequent discussions between the
undersigned and Mr. Engel aimed at limiting the scope of the
Schaghticoke Tribal Nation's discovery request in state court,
Mr. Engel submitted a list of 87 "marriage" relationships
involving 154 individuals, some identified as "unknown" or
"Schagh." for whom the Schaghticoke Tribal Nation sought Mrs.
Johnson's research and records.  This list subsequently was

4

incorporated as document production request #3 in the subpoena
duces tecum served upon Francelia Johnson in these federal court
proceedings.  See paragraph 12, post and Exhibit B, Attachment
1.

11.  On July 22, 2005, I telephoned Mr. Engel and advised
him: a) that it would be too burdensome for Mrs. Johnson to cull
through her all of her research and records to try to locate
specific information concerning the 154 individuals involved in
the 87 marriage relationships; b) that Mrs. Johnson was
unwilling to provide her research and records on an ex-parte
basis to the Schaghticoke Tribal Nation in the state court
proceedings; and c) that Mrs. Johnson was conditionally willing
to provide copies of her "primary compilation" of research and
materials simultaneously to all the parties in these federal
court proceedings upon payment of costs, adequate notice and
absent objection by other parties.  I confirmed the essential
substance of this conversation by letter to Mr. Engel, dated
July 22, 2005.  That letter is now incorporated as document
production request #4 in the subpoena duces tecum served upon
Francelia Johnson in these federal court proceedings. See
paragraph 12, post and Exhibit B, Attachment 2.

12.  On August 2, 2005, Mrs. Johnson was served with a
subpoena duces tecum, dated July 29, 2005, indicating that the
Schaghticoke Tribal Nation intended to take her deposition on

August 8, 2005.  The subpoena duces tecum directed Mrs. Johnson

to produce:

> 1.  Any and all documents, including but not limited
> to, records, books, notebooks, loose-leaf notebooks,
> notes, ledgers, birth certificates, cemetery sketches,
> obituaries, genealogical trees, marriage licenses or
> other references to marriages and any and all other
> writings or documents or historical, genealogical or
> other information in your possession or custody or
> under your control concerning any Schaghticoke indian
> or any person of any Schaghticoke ancestry alive or
> dead, including without limitation notebooks
> containing genealogical information relative to the
> Kilson, Harris, and Coggswell families and any other
> Schaghticoke indian or any person of Schaghticoke
> ancestry.
>
> 2.  Any and all documents or material concerning
> marriages involving any Schaghticoke indian or any
> person of any Schaghticoke ancestry during the first
> half of the 19th century.
>
> 3.  Any and all documents or material concerning
> marriages, births, burial locations, death, children,
> divorces, church affiliations for any indian residing
> in Kent, Connecticut or neighboring towns, including
> those names listed in attachment 1.[1]
>
> 4.  Any and all documents or material referencing
> names of Schaghticoke tribal leaders or spokesmen for
> the first half of the 19th century.
>
> 5.  All documents and material comprising the
> Preliminary Compilation, as defined herein and in
> attachment 2.

A copy of that subpoena duces tecum is attached hereto as

Exhibit B.

    13.  The document production request set forth in the

subpoena, paragraphs 1, 3 and 5, are substantially identical to

---

[1] Attachment 1 contains the list of 87 "marriages" involving 154

6

the document production request made or discussed in the context

of the state court proceeding.  Document production request,

paragraph 2, although worded differently, also falls within the

scope of the document production request made or discussed in

the context of the state court proceeding.  In the state court

proceeding, however, counsel for the Schaghticoke Tribal Nation

had asserted that the documents were not sought with respect to

the issue of federal acknowledgment or the proceedings pending

in federal court, but was sought to convince the Eastlander

Group, LLC that it needed to continue funding the Schaghticoke

Tribal Nation's own research efforts.

     Dated at New Milford, Connecticut, this 5th day of August,

2005.

                              __s/ Jeffrey B. Sienkiewicz_
                              Jeffrey B. Sienkiewicz

     Subscribed and sworn before me this 5th day of August,
2005.

                              __s/ Michael S. McKenna_
                              Michael S. McKenna
                              Commissioner of the Superior Court

---

individuals, some of whom are identified as "unknown" or "Schagh."