```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,              : CIVIL ACTION NO.
          Plaintiff                    : H-85-1078(PCD)
                                       :
     v.                                :
                                       :
43.47 ACRES OF LAND, MORE OR LESS,     :
SITUATED IN THE COUNTY OF LITCHFIELD,  :
TOWN OF KENT, ET AL                    :
          Defendants                   :
                                       :
_____

SCHAGHTICOKE TRIBAL NATION             : CIVIL ACTION NO.
          Plaintiff                    : 3-98-CV01113(PJD)
                                       :
     v.                                :
                                       :
KENT SCHOOL CORPORATION, INC.; ET AL.  :
          Defendants                   :
                                       :
_____

SCHAGHTICOKE TRIBAL NATION             : CIVIL ACTION NO.
          Plaintiff                    : 3-00-CV-00820 (PJD)
                                       :
     v.                                :
                                       :
UNITED STATES OF AMERICA AND THE       :
CONNECTICUT LIGHT AND POWER COMPANY    :
          Defendants                   : August 5, 2005
                                       :
_____
```

## Notice of Manual Filing

Please take notice that The Town of Kent has manually filed its Motion For Protective Order Filed By Town of Kent.

This document has not been filed electronically because:

[**X**] the document cannot be fully converted to an electronic format;

[ ] the electronic file size of the document exceeds 1.5 mb;

[ ] The document (or thing) is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)or is filed <u>ex parte</u> pursuant to court order, statute or regulation allowing ex parte submissions;

[ ] Plaintiff/Defendant is excused from electronically filing this document by court order.

   The document has been manually served on all parties.

                           RESPECTFULLY SUBMITTED,
                            TOWN OF KENT

                       By <u>s/Jeffrey B. Sienkiewicz</u>
                          Jeffrey B. Sienkiewicz
                          Fed. Bar No. CT 06371
                          Sienkiewicz & McKenna, P.C.
                          9 South Main St., P.O. Box 786
                          New Milford, CT 06776
                          Tel.(860)354-1583
                          Telefax (860) 355-4439
                          e-mail:  nm4jds@aol.com

MCH-C\Kent\Schaghticoke\Notice of Manual Filing

<u>CERTIFICATION</u>

This is to certify that on August 5, 2005, a copy of the foregoing was sent via First Class United States Mail, postage prepaid, to:

    Eric Watt Wiechmann, Esq.
    Salvatore N. Fornaciari, Esq.
    David Reif, Esq.
    McCarter & English
    CityPlace I
    185 Asylum Street
    Hartford, CT 06103

    David J. Elliott, Esq.
    Eric L. Sussman, Esq.
    Day, Berry & Howard
    CityPlace I
    Hartford, CT 06103-3499

    James R. Fogarty, Esq.
    Leland C. Selby, Esq.
    Fogarty, Cohen, Selby & Neimeroff, LLC
    88 Field Point Road
    P. O. Box 2508
    Greenwich, CT  06836-2508

    Richard L. Street, Esq.
    Giovanna Tiberii Weller, Esq.
    Carmody & Torrance
    50 Leavenworth Street
    P. O. Box 1110
    Waterbury, CT  06721-1110

    Mark S. Kohler, Esq.
    Susan Quinn Cobb, Esq.
    Office of the Attorney General
    55 Elm Street,
    P. O. Box 120
    Hartford, CT  06161

    Thomas A. Gugliotti, Esq.
    Updike, Kelly & Spellacy. P.C.
    One State Street
    Hartford, CT  06123

John B. Hughes, Esq.
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street
P. O. Box 1824
New Haven, CT  06510

Robert A. Slavitt, Esq.
Slavitt, Connery & Vardamis
618 West Avenue,
Norwalk, CT  06850

Michael J. Burns, Esq.
57 Pratt Street #604
Hartford, CT  06103

Thomas W. Beecher, Rsq.
Collins, Hannafin, Garamella,
  Jaber & Tuozzolo, P.C
148 Deer Hill Avenue
Danbury, CT  06810

<u>s/Jeffrey B. Sienkiewicz</u>
Jeffrey B. Sienkiewicz