# EXHIBIT B



# United States Department of the Interior

OFFICE OF THE SOLICITOR
Washington, D.C. 20240

IN REPLY REFER TO:

In reply, please address to:
Main Interior, Room 6456

BY FAX

July 26, 2005

Eric Wiechmann, Esq.
McCarter & English, LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3495

Re:   *In Re Federal Acknowledgment of Schaghticoke Tribal Nation*, 41 IBIA 36
      *United States v. 43.47 Acres of Land* (Civ. No. H-85-1078 (PCD))
      *Schagticoke Tribal Nation v. Kent School Corp.* (Civ. No. 3:98 CV01113 (PCD))
      *Schagticoke Tribal Nation v. United States* (Civ. No. 3:00CV 00820 (PCD))

Dear Mr. Wiechmann:

By cover letter dated July 25, 2005, you submitted on behalf of your client, petitioner Schaghticoke Tribal Nation, four envelopes of documents. Based on the content of your letter, only the first set of documents and a portion of the second set appear to be within the scope of material permitted by the anticipated order from Judge Dorsey. Therefore, I advised the Office of Federal Acknowledgment this morning not to open envelopes two through four until further discussion with the Office of the Solicitor. At the time of this advice, the envelopes had not been opened.

Sincerely,

Barbara N. Coen
Attorney

cc: Distribution list, by FAX