# EXHIBIT E

**The ADVOCATE**

http://www.stamfordadvocate.com/news/local/state/hc-23211606.apds.m0295.bc-ct--schajan23,0,6865108.story?coll=hc-headlines-local-wire

Sponsored by
**careerbuilder**

# Group hires lobbyist in efforts to overturn Schaghticokes' recognition

Associated Press

January 23, 2005



KENT, Conn. -- A group of area residents has hired a prominent Washington, D.C., lobbyist in its effort to overturn the federal recognition of the Schaghticoke Tribal Nation and prevent a possible third casino in Connecticut.

Town Action to Save Kent, or TASK, is employing Bradley Blakeman to "provide guidance and counsel on issues involving Indian gaming and tribal recognition," according to the Web site of Blakeman's firm, Barbour, Griffith & Rogers.

Blakeman is vice president of the firm, which was called the nation's top lobbying firm by Fortune magazine last year.

TASK met with Blakeman Friday. Kent First Selectwoman Delores Schiesel, state Sen. Andrew Roraback, R-Goshen, state Rep. Mary Ann Carson, R-New Fairfield, TASK members and other invited guests attended the private meeting, the Sunday Republican of Waterbury reported.

During the meeting, Roraback discussed a bill that he and Carson have introduced in the legislature that would reimburse Kent $500,000 for the costs the town has incurred fighting the federal recognition. Kent has appropriated $300,000 over the past few years to oppose the tribe.

Blakeman joined Barbour, Griffith & Rogers in January 2003 as a vice president, following his tenure as deputy assistant to the president for appointments and scheduling.

Calls to Barbour, Griffith & Rogers were not returned.

Schaghticoke Tribal Nation Chief Richard Velky has said the tribe hopes to open a casino in Bridgeport or another welcoming host community. Velky declined comment about Blakeman.

TASK founders Jim Perkins, Susi Williams and Ken Cooper did not return several phone calls seeking comment.

The state is appealing the tribe's recognition.

Copyright © 2005, The Associated Press

 

# KENTTribune.COM

Friday, January 28, 2005

## COVER STORY: TASK Gets Down to Business
*Private Citizens Group Takes on the Schaghticoke Issue*

**By Sharon Hartwick**

Friday, January 28, 2005



Ken Cooper

A private citizen's group fighting federal recognition of the Schaghticc Indians had a coming out party for their new lobbyists at the Fife and Drum restaurant in Kent in late January. About 40 people attended th closed door event.

In addition to members of the Town Action to Save Kent (TASK), gue: included the town's selectmen and town attorney, as well as Rep. Mai Ann Carson (R-New Fairfield) and Sen. Andrew Roraback (R-Goshen).

TASK is an ad hoc citizens group formed soon after the Bureau of Ind Affairs announced a year ago that it was reversing an earlier decision and granting the Schaghticoke Tribal Nation federal recognition.

The tribe, headed by Chief Richard Velky, has stated its intentions of opening a casino in the area, which would be the third in the state. (Velky refused to comment for this story and, in fact, criticize the KentTribune.com as having a bias against Indians. See his comments below).

### The Right to Petition the Government

"Every citizen has a right to petition the government," said Ken Cooper, TASK president. "We're no professionals in dealing in Washington, D.C., and if we're to petition the government to hear what w have to say, we have to hire people who are knowledgeable and have the skills necessary in presen our case to the government."

Those contesting the tribe's recognition claim that the BIA, an agency within the Department of Interior, doesn't abide by its own rules and gave the Kent-based Schaghticokes sovereign nation sta despite not meeting all the seven mandatory criteria needed for federal recognition.

Last month State Attorney General Richard Blumenthal, who is spearheading the appeal process, ca for an immediate reversal of the BIA decision after receiving a letter from Barbara Coen, an attorne with the agency.

In the document, submitted to the Interior Board of Indian Appeals, Coen acknowledged the agency had made serious errors in calculating marriage rates for most of the 19th century, specifically count a marriage of two partners as two marriages.

The DOI rejected Blumenthal's call for immediate action but pledged to expedite the appeal process

Calculation of the marriage rates was the second discrepancy to surface in the Schaghticoke case. Shortly after the BIA gave the STN federal recognition, an internal memorandum was disclosed which said that the BIA itself believed the Schaghticokes had failed to meet at least two of the seven criter needed to gain recognition. The memorandum, written only two weeks before the final decision was announced, suggested that the BIA substitute state recognition of the Schaghticokes for the more rigorous historical data needed to establish the Schaghticokes as a continuous political and so tribal entity.

Such anomalies were the basis for the state and town's appeal of the BIA decision and the developn of TASK, the private citizen's group that is trying to get the BIA to abide by its own rules and regulations.

**TASK Hires Lobbying Groups**

Following a $1.5 million fund-raising effort, TASK hired Barbour Griffith & Rogers LLC six weeks ago BGR, a well-connected, nationally known lobbyists' firm based in Washington, D.C., is helping the group in their quest to overturn the decision by reaching out to policy-makers in the executive and legislative branches of the federal government.

"TASK is not an anti-Indian organization," said Cooper. "We're against an unfair, un-transparent recognition process not applied consistently by the agency. And we're going to petition people in Washington for the agency to follow its own rules."

Cooper said BGR is a registered lobbying group in Washington (its web site identifies TASK as one o clients). Cooper said that despite published reports another lobbying firm representing TASK's interests in Hartford is also registered.

Haley Barbour, one of the founders of GBR, was a top advisor to the Reagan White House in the mic 80s and chairman of the Republican National Committee in the mid-90s. He also chaired then Gov. G.W. Bush's Washington Campaign Advisory Committee in 2000.

After selling his interest in the firm, Barbour ran for governor in Mississippi and was elected in 2003

BGR's client list includes Pfizer Inc., Lorillard Tobacco Co., UnitedHealth Group, the Southern Co. an the Kurdish Democratic Party.

Three BGR associates came to Kent and spoke to the gathering, including V.P. Bradley Blakeman, w according to the firm's Web site, joined the firm in 2003. Blakeman most recently worked for the Bu administration as a Deputy Assistant to the President for Appointments and Scheduling.

**Senator Roraback Backs TASK's Efforts**

"I thought it was heartening to learn that we'd have a group in Washington advocating to protect Ke from the consequences of recognition," said Sen. Roraback, who added that they "seem to know the way around Washington."

Roraback believes the decision will be overturned because the process hasn't been faithful to the requirements of the law.

"I think the marriage miscalculations are a serious flaw in recognition so I'm more optimistic than e that recognition will be reversed – that's just my gut," he said.

Cooper was quick to give credit to all the local officials and Congressional delegations for their ongo efforts to overturn the decision and emphasized how fortunate the community is to get so much backing from a diverse group of supporters.

The Kent Tribune | COVER STORY: TASK Gets Down to Business                Page 3 of 4

"This is a truly nonpartisan issue about good government," said Cooper. "It's not about Native Americans. It's not about Republicans or Democrats. It's about good government."

**Is Help on the Way for Kent?**

Roraback announced last week that he and Rep. Carson are co-sponsoring a bill to provide state reimbursement to help Kent cover costs related to the recognition proceedings.

"What prompted us to introduce the bill is that last year the Legislature gave an additional $500,00( each of five southeastern Conn. towns," said Roraback.

The Mashantucket Pequot-Mohegan Fund program provides the state with 25 percent of its casino sl machine revenues annually. Last year the state collected over $400 million in casino revenues and handed out $85 million to the 169 municipalities in Conn.

Typically the spoils are shared equally, but the towns that host the casinos--Ledyard, North Stoning Montvale, Preston and Norwich—have long complained of being shortchanged.

While their local taxpayers have had to shoulder the increased burdens on their schools, infrastructu and city services, the state has been unresponsive. Last year the legislature voted to right the wron and give an additional $2.5 million to the five towns.

Roraback said he and Carson would be "remiss" not to make their colleagues aware of the financial strain the drawn out proceedings have put on the small town in northwest Conn. they represent.

Roraback doesn't yet know what response the bill will get, acknowledging that there is a group of legislators in Hartford who strongly support STN's bid for recognition.

"I advised the First Selectman not to spend the money yet," he said.

In 2001 Kent taxpayers voted to appropriate $300,000 to fight recognition. About $120,000 remain the fund.

**State Lobbying Firm**

TASK also hired a Connecticut law firm to represent their interests in Hartford. Francis Collins and Thomas Beecher of Collins, Hannafin in Danbury also attended the private meeting in late January

Collins practices primarily in areas of real estate, workers' compensation and land use and serves as counsel to Brookfield Planning and Zoning Commission and Zoning Board of Appeals. He served in tl Conn. legislature for eight years and was Minority Leader and Speaker of the House.

Beecher is currently the town attorney for Brookfield. He specializes in the areas of criminal and civi litigation, land use, municipal law and appellate practice.

Roraback said Collins, Hannafin, as lobbyists, are "new to the scene" in Hartford.

TASK's core group of 25 to 30 members includes founders Cooper, Susi Williams and Jim Perkins. Selectman Nancy O'Dea-Wyrick was also instrumental in starting the group.

In a phone conversation, O'Dea-Wyrick said she'd decided to resign from TASK as her job as selectman and her other obligations, including chairing the school building committee, were taking most of her time. But she's "100% supportive of TASK," she said.

**Conflict of Interest?**

First Selectman Lorry Schiesel said TASK's mission runs parallel to the Board of Selectmen, but thei approaches are different. She said she has been concerned about a possible conflict of interest with O'Dea-Wyrick serving with both groups.

"It was clear from the beginning that conflicts could arise," said Schiesel. "While we all share the sa goals, the potential was there."

Schiesel added:

"The town attorney said there was no obvious conflict or illegality. But it was clear from the beginni that they (TASK) were a special interest group and not an organization of government."

Cooper thinks a united show of support for the town is important.

"We owe a debt of gratitude to all our selectmen," said Cooper. "All have contributed in a special way....She [O'Dea-Wyrick] helped form the group and brought us together. We're happy she did."

Cooper added:

"TASK is not leading the effort. It's being led by the Selectmen in town and the Attorney General. A they've been very well supported by the Congressional delegation....And others like us are there to make sure every avenue is looked at and every stone overturned."

Asked for his reaction to TASK and its lobbying activities, Chief Velky declined comment, saying:

"Because the Tribe believes KentTribune.com has a history of biased coverage, we do not believe it serves any productive purpose to comment on these issues."

Ted Marks, editor and publisher of the KentTribune.com rejected Velky's assertion that the on-line newspaper was biased.

"The KentTribune.com is trying its best to cover this story in an impartial manner," Marks said in a message to Velky's spokesman. "It is a very complex story, with lots of emotions on all sides, and v do our best to report events as they happen in a straightforward manner."

### Related Links

Content © 2005 KentTribune.com
Software © 1998-2005 1up! Software, All Rights Reserved