# EXHIBIT K

Case 3:00-cv-00820-PCD   Document 106-10   Filed 08/16/2005   Page 1 of 7

**Makuc, Jaime**

---

**From:** Jim Perkins [jnper@earthlink.net]
**Sent:** Friday, January 07, 2005 3:56 PM
**To:** Sen. Roraback, Andrew
**Subject:** Fw: BGr Meeting with Governor and Staff on Jan 21

Andrew:
See below for BGR's summary of proposed meeting objectives. Can you use as is, or refashion?

It points up the value that BGR brings not only to Kent and TASK, but to the State of Connecticut.

Jim Perkins

----- Original Message -----
**From:** charter.net
**To:** Jim Perkins
**Sent:** Friday, January 07, 2005 12:51 PM
**Subject:** FW: BGr Meeting with Governor and Staff on Jan 21

Ken and Jim:

I had a great discussion with Julie Williams in Rell's office this morning. She got Kevin Rasch, the Governor's General Counsel, on the phone as well. I told them we were trying to come to Hartford on January 21st and that you have been working with Senator Andrew Roraback to schedule time with the Governor and her senior staff. Kevin thought it was a great idea and would see what assistance he could lend to pull off productive meetings.

The purpose of the meeting(s) in Hartford from our point of view is to refine the political strategies and to ensure tight coordination of the implementation of such strategies among the Governor, the Congressional delegation and local officials. Importantly, the political efforts must also be coordinated with the legal strategy being led by the Attorney General and Perkins Coie, which we are working to make sure occurs in Washington.

With the start of 2005, there are a number of opportunities in the near term to further our strategy of surrounding the Department of Interior with regards to the BIA, including:

1) Confirmation hearings before the Senate Energy and Natural Resources Committee for the Deputy Secretary of Interior
2) Budget hearings before the House and Senate Appropriations Committees for the Interior Department's (and BIA's) FY '07 budget
3) The Senate Indian Affairs Committee Investigation into Jack Abramoff and Indian tribe lobbying
4) The desire by Congressman Shays, Johnson and Simmons to reintroduce their BIA reform legislation
5) The National Governors Association Annual Meeting in Washington DC in February which also features the Republican Governors Association annual dinner. Both events are attended by senior White House and Agency officials.

Governor Rell has been a leader on our issues and we want to lend our support in any and every way by:

1) serving as a megaphone for her in DC
2) making sure her efforts are coordinated with the delegation
3) supporting her outreach within the Administration


PLAINTIFF'S DEPOSITION EXHIBIT
STN - 77
7/26/05 SAR

7/14/2005

Please let me know if this is what you had in mind when you asked me to create first draft. As always, please be careful what you put on paper when you send it as documents often make it to the press. FYI our lobby registration on TASK's behalf (required by law and a public document) was picked up by an inside the beltway publication yesterday so it may soon be seen by your state and local press. Let's discuss how you should respond to any media inquiries. I will fax you the blurb.

Best Regards,

Loren L. Monroe
Chief Operating Officer
Barbour Griffith & Rogers, LLC
1275 Pennsylvania Avenue, NW
Washington, DC 20004
202/333-4936

---

**From:** Ken Cooper [mailto:kcooper@rcn.com]
**Sent:** Thursday, January 06, 2005 10:08 AM
**To:** Loren Monroe
**Subject:** FW: BGr Meeting with Governor and Staff on Jan 21

---

**From:** Jim Perkins [mailto:jnper@earthlink.net]
**Sent:** Thursday, January 06, 2005 9:34 AM
**To:** kcooper@rcn.com
**Subject:** Re: BGr Meeting with Governor and Staff on Jan 21

Andrew needs time so do not delay Loren's response. Julie can get a copy of what Loren sends us.
Jim Perkins
91 Flat Rock Rd
S. Kent. CT 06785
860 927 3692

> ----- Original Message -----
> **From:** Ken Cooper
> **To:** 'Loren Monroe'
> **Cc:** 'Jim Perkins'
> **Sent:** Wednesday, January 05, 2005 3:35 PM
> **Subject:** RE: BGr Meeting with Governor and Staff on Jan 21
>
> Jim,
> Is Friday okay with you? Can you call Andrew and tell him that we want to put Julie firmly in the loop before sending something to her boss?

---

**From:** Loren Monroe [mailto:LMonroe@bgrdc.com]
**Sent:** Wednesday, January 05, 2005 2:34 PM
**To:** 'kcooper@rcn.com'; Loren Monroe
**Cc:** Jim Perkins
**Subject:** RE: BGr Meeting with Governor and Staff on Jan 21

7/14/2005

Yes I will. I will see Julie on Friday-may I send it to you after she and I talk?

Also seeing Lieberman staff tomorrow

Loren L. Monroe
Chief Operating Officer
Barbour Griffith & Rogers, LLC
1275 Pennsylvania Avenue, NW
Washington, DC 20004
202/333-4936

---

**From:** Ken Cooper [mailto:kcooper@rcn.com]
**Sent:** Wednesday, January 05, 2005 8:44 AM
**To:** Loren Monroe
**Cc:** Jim Perkins
**Subject:** BGr Meeting with Governor and Staff on Jan 21

State Senator Andrew Roraback together with Jim Perkins is working to set up the meeting. You also need to inform Julie Williams and ask her help. We will definitely meet with the staff, but because of her recent cancer surgery, the Governor's schedule is backed-up and we need to use all of our contacts to get a direct audience. Andrew has asked for one page explaining what we hope to accomplish in the meeting.

Loren, could you prepare a first draft of what that one page would be?

Right now we plan on having in attendance:

BGR
TASK
Senator Roraback
Kent First Selectman Lorry Schiesel

Thanks


Ken Cooper
14 East 90th St.          32 Mountain Road
New York, NY 10128        P.O. Box 72
                          South Kent, CT 06785
kcooper@rcn.com
Tel: (212) 369-2680       (860) 927-5285
Fax: (212) 369-1316       (860) 927-5287
Cell: (917) 566-8556

7/14/2005

# EXHIBIT L

> ⚠ Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

**Dolores Schiesel**

| | | |
|---|---|---|
| **From:** | Jim Perkins [jnper@earthlink.net] | **Sent:** Mon 1/10/2005 11:48 AM |
| **To:** | Dolores Schiesel | |
| **Cc:** | | |
| **Subject:** | BGR Meetings | |
| **Attachments:** | Jim Perkins.vcf(195B) | |

The meeting in Kent with Barbour, Griffith & Rogers is confirmed for 6:30 PM at the Fife & Drum, Friday, January 21st. I have extended invitations to NWCCOG, HVCEO, LHCEO following your recommendations, with a couple of additions suggested by Dan McG. I will send you a list of "yesses" when complete. See below from BGR stating purpose of meeting with Governor and/or staff.

> The purpose of the meeting(s) in Hartford from our point of view is to refine the political strategies and to ensure tight coordination of the implementation of such strategies among the Governor, the Congressional delegation and local officials. Importantly, the political efforts must also be coordinated with the legal strategy being led by the Attorney General and Perkins Coie, which we are working to make sure occurs in Washington.
>
> With the start of 2005, there are a number of opportunities in the near term to further our strategy of surrounding the Department of Interior with regards to the BIA, including:
>
> 1) Confirmation hearings before the Senate Energy and Natural Resources Committee for the Deputy Secretary of Interior
>
> 2) Budget hearings before the House and Senate Appropriations Committees for the Interior Department's (and BIA's) FY '07 budget
>
> 3) The Senate Indian Affairs Committee Investigation into Jack Abramoff and Indian tribe lobbying
>
> 4) The desire by Congressman Shays, Johnson and Simmons to reintroduce their BIA reform legislation
>
> 5) The National Governors Association Annual Meeting in Washington DC in February which also features the Republican Governors Association annual dinner. Both events are attended by senior White House and Agency officials.
>
> Governor Rell has been a leader on our issues and we want to lend our support in any and every way by:
>
> 1) serving as a megaphone for her in DC
>
> 2) making sure her efforts are coordinated with the delegation
>
> 3) supporting her outreach within the Administration

I am awaiting confirmation of a time Saturday PM for meeting with Governor's staff in Hartford, which I'm sure you will want to attend.

I earlier suggested you invite Mark Boughton and Rudy Marconi. Yes?

PLAINTIFF'S DEPOSITION EXHIBIT
STN-18
7/20/05 SAC

I will invite Pat Murphy unless you'd prefer to. Advise, please.

Jim Perkins
91 Flat Rock Rd
S. Kent. CT 06785
860 927 3692