# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. H-85-1078(PCD) |
| v. | ) | |
| | ) | |
| 43.47 ACRES OF LAND, MORE OR LESS, | ) | |
| SITUATED IN THE COUNTY OF | ) | |
| LITCHFIELD, TOWN OF Kent School, et al, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | * * * * * * * * * |
| SCHAGHTICOKE TRIBAL NATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 3-98-CV 01113 (PCD) |
| v. | ) | |
| | ) | |
| KENT SCHOOL CORPORATION, INC., et al | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | * * * * * * * * * |
| SCHAGHTICOKE TRIBAL NATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 3-00-CV 0820 (PCD) |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA AND | ) | |
| THE CONNECTICUT LIGHT AND POWER | ) | |
| COMPANY, et al | ) | |
| Defendants. | ) | September 22, 2005 |

**AFFIDAVIT OF DAVID J. ELLIOTT**

I, David J. Elliott, Esq., counsel for Defendant Kent School Corporation, Inc. ("Kent School") in the above-captioned action, hereby decree and state:

1.   I am over the age of 18 and believe in the obligation of an oath.

2. I am a partner at the firm of Day, Berry & Howard LLP and I represent Kent School in the above-captioned matter.

3. I submit this affidavit in compliance with Local Rule 37(a)(2) and in support of Defendant Kent School's Motion for Protective Order.

4. On September 20, 2005, I conferred with Attorney David Reif, counsel for Plaintiff Schaghticoke Tribal Nation, regarding the issues addressed in Defendant Kent School's Motion for Protective Order in a good faith effort to resolve the discovery disputes discussed therein.

5. Attorney Reif and I could not reach agreement regarding the dispute.

6. The foregoing constitutes and certifies my good faith attempt to confer and resolve the dispute.

David J. Elliott

Subscribed and sworn to before me
this 22 date of September, 2005.

Commissioner of the Superior Court
Notary Public
My commission expires: