**EXHIBIT E**

000000163433

Clerk of the House of Representatives | Secretary of the Senate
Legislative Resource Center | Office of Public Records
B-106 Cannon Building | 232 Hart Building
Washington, DC 20515 | Washington, DC 20510

SECRETARY OF THE SENATE
05 FEB 23 AM 10: 55

# LOBBYING REPORT

Lobbying Disclosure Act of 1995 (Section 5) - All Filers Are Required to Complete This Page

1. Registrant Name
   GARDNER, CARTON & DOUGLAS

2. Registrant Address  ☐ Check if different than previously reported
   Address    1301 K Street, N.W.                       Suite 900, East Tower
   City       Washington, D.C.    State/Zip (or Country)  20005

3. Principal Place of Business (if different from line 2)
   City       Chicago             State/Zip (or Country)  IL   60606-1698

4. Contact Name       Telephone        E-mail (optional)                5. Senate ID #
   Virginia Boylan    202 230 5191     vboylan@gcd.com

7. Client Name  ☐ Self                                                  6. House ID #
   Schaghticoke Tribal Nation                                           30258039

**TYPE OF REPORT**   8. Year 2004   Midyear (January 1-June 30) ☐   OR   Year End (July 1-December)

9. Check if this filing amends a previously filed version of this report ☐

10. Check if this is a Termination Report ☐  >> Termination Date _____    11. No Lobbying Activity ☐

**INCOME OR EXPENSES** - Complete Either Line 12 OR Line 13

| 12. Lobbying Firms | 13. Organizations |
|---|---|
| INCOME relating to lobbying activities for this reporting period was: | EXPENSES relating to lobbying activities for this reporting period were: |
| Less than $10,000 ☒ | Less than $10,000 ☐ |
| $10,000 or more ☐  >> $ _____ Income (nearest $20,000) | $10,000 or more ☐  >> $ _____ Expenses (nearest $20,000) |
| Provide a good faith estimate, rounded to the nearest $20,000 of all lobbying related income from the client (including all payments to the registrant by any other entity for lobbying activities on behalf of the client). | 14. REPORTING METHOD. Check box to indicate expense accounting method. See instructions for description of options.<br>☐ Method A. Reporting amounts using LDA definitions only<br>☐ Method B. Reporting amounts under section 6033(b)(8) of the Internal Revenue Code<br>☐ Method C. Reporting amounts under section 162(e) of the Internal Revenue Code |

Signature ___Virginia Boylan___   Date  2/5/05

00000163434

**Registrant Name:** GARDNER, CARTON & DOUGLAS

**Client Name:** Schaghticoke Tribal Nation

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Attach additional page(s) as needed.

15. General issue area code   IND   (one per page)

16. Specific Lobbying issues
    Approval of Recognition

17. House(s) of Congress and Federal agencies contacted        ☐ Check if None
    Bureau of Indian Affairs
    Department of the Interior
    House of Representatives
    Senate

18. Name of each individual who acted as a lobbyist in this issue area

| Name | Covered Official Position (if applicable) | |
|---|---|---|
| Boylan, Virginia | | |
| Gunn, Brian | | |
| | | |
| | | |
| | | |
| | | |
| | | |

19. Interest of each foreign entity in the specific issues listed on line 16 above    ☒ Check if None

Signature _____    Date _____

00000873380

Clerk of the House of Representatives
Legislative Resource Center
B-106 Cannon Building
Washington, DC 20515

Secretary of the Senate
Office of Public Records
232 Hart Building
Washington, DC 20510

SECRETARY OF THE SENATE
04 AUG 24 AM 11:06

# LOBBYING REPORT
Lobbying Disclosure Act of 1995 (Section 5) - All Filers Are Required to Complete This Page

1. Registrant Name
   GARDNER, CARTON & DOUGLAS

2. Registrant Address  ☐ Check if different than previously reported
   Address  1301 K Street, N.W.       Suite 900, East Tower
   City     Washington, D.C.   State/Zip (or Country)   20005

3. Principal Place of Business (if different from line 2)
   City  Chicago   State/Zip (or Country)  IL  60606-1693

4. Contact Name       Telephone       Email (optional)           5. Senate ID #
   Virginia Boylan    202 230 5191    vboylan@gcd.com

7. Client Name  ☐ Self                                           6. House ID #
   Schaghticoke Tribal Nation                                    30255039

## TYPE OF REPORT
8. Year  2004   Midyear (January 1-June 30) ☒  OR  Year End (July 1-December 3)

9. Check if this filing amends a previously filed version of this report ☐

10. Check if this is a Termination Report ☐  >> Termination Date _____    11. No Lobbying Activity ☐

### INCOME OR EXPENSES - Complete Either Line 12 OR Line 13

| 12. Lobbying Firms | 13. Organizations |
|---|---|
| INCOME relating to lobbying activities for this reporting period was: | EXPENSES relating to lobbying activities for this reporting period were: |
| Less than $10,000  ☐ | Less than $10,000  ☐ |
| $10,000 or more  ☒  >> $  $20,000.00 | $10,000 or more  ☐  >> $ _____ |
| Income (nearest $20,000) | Expenses (nearest $20,000) |
| Provide a good faith estimate, rounded to the nearest $20,000 of all lobbying related income from the client (including all payments to the registrant by any other entity for lobbying activities on behalf of the client). | 14. REPORTING METHOD. Check box to indicate expense accounting method. See instructions for description of options. ☐ Method A. Reporting amounts using LDA definitions only ☐ Method B. Reporting amounts under section 6033(b)(8) of the Internal Revenue Code ☐ Method C. Reporting amounts under section 162(e) of the Internal Revenue Code |

Signature _Virginia W. Boylan_                Date  8/16/2004

http://sopr.senate.gov/cgi-win/opr_gifviewer.exe?/2004/01/000/873/000873380|2            3/6/2005

00000873361

Name: **GARDNER, CARTON & DOUGLAS**

Client Name: **Schaghticoke Tribal Nation**

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Attach additional page(s) as needed.

15. General issue area code **IND** (one per page)

16. Specific Lobbying issues
    Approval of Recognition

17. House(s) of Congress and Federal agencies contacted          ☐ Check if None
    Bureau of Indian Affairs
    Department of the Interior
    House of Representatives
    Senate

18. Name of each individual who acted as a lobbyist in this issue area

| Name | Covered Official Position (if applicable) | N |
|---|---|---|
| Boylan, Virginia | | N |
| Cunn, Brian | | N |
| | | |
| | | |
| | | |
| | | |
| | | |

19. Interest of each foreign entity in the specific issues listed on line 16 above    ☒ Check if None

Signature _____    Date **8/16/2004**

000301432201

| Clerk of the House of Representatives | Secretary of the Senate |
| Legislative Resource Center | Office of Public Records |
| B-106 Cannon Building | 232 Hart Building |
| Washington, DC 20515 | Washington, DC 20510 |

RECEIVED
SECRETARY OF THE SENATE
PUBLIC RECORDS
03 FEB 24 PM 3:28

# LOBBYING REPORT
Lobbying Disclosure Act of 1995 (Section 5) - All Filers Are Required to Complete This Page

1. **Registrant Name**
   GARDNER, CARTON & DOUGLAS

2. **Registrant Address** ☐ Check if different than previously reported
   Address: 1301 K Street, N.W.        Suite 900, East Tower
   City: Washington, D.C.   State/Zip (or Country): 20005

3. **Principal Place of Business** (if different from line 2)
   City: Chicago    State/Zip (or Country): IL  60610-4795

4. **Contact Name**: Virginia Boylan
   Telephone: 202 230 5151
   E-mail (optional): vboylan@dc.gcd.com
   5. Senate ID #

7. **Client Name** ☐ Self
   Schaghticoke Tribal Nation
   6. House ID # 30253039

**TYPE OF REPORT**  8. Year 2002  Midyear (January 1-June 30) ☐ OR  Year End (July 1-December) ☐

9. Check if this filing amends a previously filed version of this report ☐

10. Check if this is a Termination Report ☐  >> Termination Date _____   11. No Lobbying Activity ☐

## INCOME OR EXPENSES - Complete Either Line 12 OR Line 13

**12. Lobbying Firms**
INCOME relating to lobbying activities for this reporting period was:
Less than $10,000 ☐
$10,000 or more ☒  >> $ **$20,000.00**   Income (nearest $20,000)

Provide a good faith estimate, rounded to the nearest $20,000 of all lobbying related income from the client (including all payments to the registrant by any other entity for lobbying activities on behalf of the client).

**13. Organizations**
EXPENSES relating to lobbying activities for this reporting period were:
Less than $10,000 ☐
$10,000 or more ☐  >> $ _____   Expenses (nearest $20,000)

14. **REPORTING METHOD.** Check box to indicate expense accounting method. See instructions for description of options.

☐ Method A. Reporting amounts using LDA definitions only
☐ Method B. Reporting amounts under section 6033(b)(8) of the Internal Revenue Code
☐ Method C. Reporting amounts under section 162(e) of the Internal Revenue Code

Signature: *Virginia W. Boylan*    Date: 2/10/03

00030143202

Registrant Name: **GARDNER, CARTON & DOUGLAS**

Client Name: **Schaghticoke Tribal Nation**

LOBBYING ACTIVITY. Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Attach additional page(s) as needed.

15. General issue area code **IND** (one per page)

16. Specific Lobbying issues
    **Approval of Recognition**

17. House(s) of Congress and Federal agencies contacted        ☐ Check if None
    **Bureau of Indian Affairs**
    **House of Representatives**
    **Senate**

18. Name of each individual who acted as a lobbyist in this issue area

| Name | Covered Official Position (if applicable) |
|---|---|
| Boylan, Virginia | |
| Gunn, Brian | |
| | |
| | |
| | |
| | |
| | |

19. Interest of each foreign entity in the specific issues listed on line 16 above        ☒ Check if None

Signature _Virginia W. Boylan_        Date _2/10/03_