UNITED STATES DISTRICT COURT 

DISTRICT OF CONNECTICUT

2005 OCT -4 A 8: 57

U.S. DISTRICT COURT
NEW HAVEN. CT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>43.47 ACRES OF LAND, MORE OR<br>LESS, SITUATED IN THE COUNTY OF<br>LITCHFIELD, TOWN OF KENT, ET AL.,<br>    Defendants | Case No: H-85-1078 (PCD) |
| SCHAGHTICOKE TRIBAL NATION<br>    Plaintiff,<br><br>v.<br><br>KENT SCHOOL<br>    Defendant, | Case No. 3:98cv1113 (PCD) |
| SCHAGHTICOKE TRIBAL NATION<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA AND<br>CONNECTICUT LIGHT AND POWER<br>COMPANY<br>    Defendants. | Case No. 3:00cv820 (PCD) |

### ORDER RE: PENDING MOTIONS

In this Court's September 30, 2005 Order, the Court sustained Francelia Johnson's Objection to the Notice of and Subpoena for her deposition and granted her Motions to Quash and for Protective Order [Doc. Nos. 101, 188 and 267]. The Order also granted the Town of

Kent's Motions for a Protective Order [Doc. Nos. 104, 192 and 267], Connecticut Light & Power Co.'s Motion for a Protective Order [Doc. Nos. 105, 190 and 268] and Town Action to Save Kent's, Kenneth Cooper's and James Perkins' Motions to Quash [Doc. Nos. 99, 186 and 262]. Schaghticoke Tribal Nation's Motions for Extension of Time [Doc. Nos. 112, 200, and 275] were denied. In accordance with the September 30, 2005 Order and pursuant to the reasons set forth therein, Preston Mountain Club, Inc.'s Motions for a Protective Order [Doc. Nos. 116, 205, and 279], Johnson's Motions to Quash and Motions for a Protective Order [Doc. Nos. 189 and 265] and Kent School Corporation, Inc.'s Motions for a Protective Order [Doc. Nos. 114, 202, and 277] are **granted**.

SO ORDERED.

Dated at New Haven, Connecticut, October 3, 2005.

_____
Peter C. Dorsey, U.S. District Judge
United States District Court