UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 OCT -4  A 8:57

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>v.<br><br>43.47 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF LITCHFIELD, TOWN OF KENT, ET AL.,<br>　　　Defendants | Case No: H-85-1078 (PCD) |
| SCHAGHTICOKE TRIBAL NATION<br>　　　Plaintiff,<br><br>v.<br><br>KENT SCHOOL<br>　　　Defendant, | Case No. 3:98cv1113 (PCD) |
| SCHAGHTICOKE TRIBAL NATION<br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA AND CONNECTICUT LIGHT AND POWER COMPANY<br>　　　Defendants. | Case No. 3:00cv820 (PCD) |

**ORDER OF CONSOLIDATION**

Three cases pending before this Court (*United States of America v. 43.47 Acres of Land*, Civ. No. H-85-1078; *Schaghticoke Tribal Nation v. Kent School Corporation, Inc., et al.*, Civ. No. 3-98-cv-01113; and *Schagticoke Tribal Nation v. United States of America and the*

*Connecticut Light and Power Company, et al.*, Civ. No. 3-00-cv-0820) shall be consolidated on the basis that the cases involve common questions of fact and law. Motions filed under Civ. No. H-85-1078 will be deemed to applicable to the other two cases, with the exception of filings that are noted to pertain specifically to other of the three cases.

SO ORDERED.

Dated at New Haven, Connecticut, October 3, 2005.

Peter C. Dorsey, U.S. District Judge

United States District Court